UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO LOPEZ CORRAL, <br><br> Defendant. | CASE NO. 20-120-RSM <br><br> **DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by indictment with Conspiracy to Commit Money Laundering and Money Laundering. The government alleges these offenses involved activities across the nation and the indictment names defendant as participating in criminal activities in New York and in this district.

Defendant was arrested in Arizona and transported to this district. He appears to have no ties to this district. He appears to have an uncle in Arizona and proposes to reside with this uncle if released. The pretrial interview indicates Defendant's primary ties are to the country of Mexico. Defendant lives in Mexico where he has a wife and several children. Defendant's

DETENTION ORDER - 1

parents and siblings also reside in Mexico. Defendant also indicates that he is employed by a company in his hometown in Mexico. Defendant apparently travels frequently between the United States and Mexico. He indicted that he has made 30 or 40 trips between the two countries. Although his travel is frequent, they do not establish any real connection to this district or to the state of Arizona. The government contends that defendant's travel is primarily connected to the alleged money laundering offense in which defendant and the co-conspirators traveled across the country to launder proceeds of crime.

Although Defendant does not appear to have a criminal history, his lack of any connection to this country, his travel across the nation allegedly to commit criminal offenses, and his strong ties to his home country lead to the conclusion that he should be detained given his risk of flight.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DETENTION ORDER - 2

DATED this 4th day of February, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3