HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARMANDO LOPEZ-CORRAL,<br><br>　　　　Defendant. | Cause No.  CR 20-120 RSM<br><br>**ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM** |

　　　　This matter having come before the Court on motion of the Defendant above-named. The Defendant maintains that the sentencing memorandum contains sensitive information and that two of the supporting exhibits are subject to this Court's protective order.  The Defendant has shown good cause for the motion.  The Clerk of the Court is therefore directed to file the Defendant's Sentencing Memorandum and the supporting exhibits under seal.

　　　　DATED THIS 6th day of February, 2023.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818